# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
PROBATION OFFICE

December 22, 2014

**SCOTT M. MORSE, SR.**
CHIEF PROBATION OFFICER
Thomas S. Foley
United States Courthouse
920 W Riverside, Room 540
PO BOX 306
SPOKANE, WA 99210-0306
(509) 742-6300 / fax (509) 742-6339

**BRANCH OFFICES**
FEDERAL BUILDING
25 S. 3rd Street, Room 326
PO BOX 1791
YAKIMA, WA 98907-1791
(509) 574-5535 / fax (509) 574-5539

FEDERAL BUILDING
825 Jadwin Ave, Suite 170
RICHLAND, WA 99352-0446
(509) 943-8130 / fax (509) 943-8139

REPLY TO   Richland

The Honorable Edward F. Shea
Senior U.S. District Judge
825 Jadwin, Suite 180
Richland, WA 99352

RE: Patrick Bradley Brannan
Dkt. No.: 2:13CR06016-EFS-3

Your Honor:

On March 29, 2013, the defendant appeared before United States Magistrate Judge James P. Hutton, and was released on pretrial supervision. The defendant was ordered to surrender his passport to U.S. Pretrial Services while the matter was pending.

On December 22 [19], 2014, an order of dismissal with prejudice was signed by the Court at the request of the United States Attorneys Office.

This officer respectfully requests the Court's permission to return the defendant's passport to him.

Respectfully submitted,

Scott M. Morse, Sr.
Chief U.S. Probation Officer

By:   s/David L. McCary            12/22/2014
      David L. McCary                Date
      U.S. Probation/Pretrial Officer

APPROVED BY:

s/Rebecca M. Nichols         12/22/2014
Rebecca M. Nichols
Supervising U.S. Probation Officer

**Brannan, Patrick Bradley**
**December 22, 2014**
**Page 2**

---

**ORDER OF THE COURT:**

**Approved**  ___X___   **Disapproved**  _____

*[signature: Edward F. Shea]*                                  December 22, 2014

The Honorable Edward F. Shea                           Date
Senior U.S. District Judge